UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
)
444 NORTH NORTHWEST HWY, LLC, ) CASE NO. 12 B 27041
)
Debtor )

## AMENDED FINAL PRETRIAL ORDER SETTING FINAL HEARING
1. Motion to Modify Stay
2. Debtor's Motion to Use Cash Collateral
3. Debtor's Motion for Turnover

On August 31, 2012, there was a status conference held in Chicago, Illinois, following completion of preliminary hearing.

## STIPULATIONS

The parties may file additional Stipulations. Stipulations filed to date will stand.

## DISCOVERY

Any further discovery may proceed under discovery Rules with all times for notices and responses shortened to 7 days.

## PLAN

Debtor will file a proposed Plan within 14 days hereof (by September 14, 2012).

## EVIDENCE

All exhibits previously marked and admitted or that pend possible consideration will apply to Final Hearing. All documents admitted and all evidence taken at preliminary hearing will continue to apply and be admitted at Final Hearing.

## ADDITIONAL EXHIBITS

At least 7 calendar days, prior to the Final Hearing date, all parties are to exchange among themselves and also deliver to the Court in chambers copies of all new exhibits they intend to introduce in evidence. **Each new exhibit must be clearly numbered, tabbed, and contained in a binder. Do not use numbers on documents marked for preliminary hearing, but each party will use new numbers in order following original numbering.**

Each party shall clearly number each proposed exhibit and deposition transcript sought to be used in the order of its probable presentation at trial. Each document must be given a separate exhibit number. Prepare a list of those numbered exhibits with a very brief identification of each. Copies of those exhibit lists shall be exchanged among the parties and delivered to the Court in chambers with copies of the exhibits listed, and the original exhibit lists shall be filed with the Clerk with proof of service.

If there is any objection to any exhibit so listed and exchanged, each objection must be stated in writing and filed and served **5** calendar days before trial. If no written objection is made to the Court and copy of the objection served on the proponent within **5** calendar days before trial, such exhibits will be received in evidence without any further authentication or hearing as to relevance or any other issue. If objections are filed, only those express objections filed will be considered and all other possible objections are deemed waived.

If deposition transcripts are to be offered, portions offered by each party will be separately color-coded on the face thereof, and each portion objected to will be bracketed on the face thereof by an objector's color code, so that the Court may see the portions offered and objected to by each party merely by examining the transcript. If the whole transcript is to be offered without objection, then no markings will be made. However, in that event, the proponent will also tender an abstract of the deposition.

Originals of all exhibits (or copies marked and used as originals) will be held by the party offering same, and leave is given to withdraw same after they are admitted into evidence. The copies thereof delivered to the Court will be held by the Court until the ruling is given, and then discarded. The Court's copies will not be returned to counsel or the clerk.

## WITNESSES

At least **7** calendar days prior to the trial date, the parties are to exchange and file with the Clerk of Court lists of the names and all witnesses they intend to present at trial (even if they testified at preliminary hearing), together with a brief summary of each separate area of testimony said each such witness will present. Copies of those lists will also be delivered to the Court in chambers. All reasonably anticipated objections to testimony and all motions to limit testimony of a witness identified by an opposing party shall be filed within **5** calendar days after receipt of the witness list required by this paragraph.

## EXPERT AND RULE 701 WITNESSES

If any parties are to use expert witnesses or lay witnesses to testify at the Final Hearing under Federal Evidence Rule 701 at trial (even if they were original witnesses), those witnesses should be identified on the witness lists provided hereinabove and their written reports and opinions identified on the exhibit lists provided hereinabove. If no such written reports or opinions exist, then **7** calendar days before trial, the party offering such expert(s) or Rule 701 witness(es) shall for each such witness file and serve a statement of the subject matter on which

such witness shall testify, the substance of the facts and opinions to which such witness is expected to testify, and a summary of grounds for each opinion.

## AMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Five (5)** calendar days prior to the trial, each party shall file with the Court and serve on opposing parties proposed detailed Amended Findings of Fact and Conclusions of Law. Conclusions of Law must cite authority and must at the outset state this Court's jurisdiction. A trial brief may be filed with the proposed Findings and Conclusions if desired, but the filing of such brief will not excuse the filing of draft proposed Amended Findings and Conclusions.

## TRIAL DATE

Final Hearing is set for **September 27 and 28, 2012**, beginning at **1:30 p.m. each day**. Trial will be held in courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. Each side is limited to **4** trial hours. Stay will remain in effect until conclusion of Final Hearing.

## SANCTIONS FOR NON-COMPLIANCE

Failure to comply with any portion of this Order may result in appropriate sanctions under Fed. R. Civ. P. 16 (Fed. R. Bankr. P. 7016) unless non-compliance is excused for good cause.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 31st day of August 2012.

- 3 -