UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Case No. 12-27041 |
| | ) |
| **444 NORTH NORTHWEST HWY, LLC,** | ) Chapter 11 |
| | ) |
| Tax ID No. xx-xxx5833 | ) |
| | ) |
| | ) **Judge Jack B. Schmetterer** |
| | ) |

**FINAL DECREE IN CHAPTER 11 PROCEEDINGS**

Upon consideration of the Reorganized Debtor's Motion to close these chapter 11 proceedings and for entry of a order of final decree, and consistent with Bankruptcy Code Section 350(a) and with Federal Rule of Bankruptcy Procedure 3022;

IT IS HEREBY ORDERED THAT:

(a) The chapter 11 bankruptcy proceedings for 444 North Northwest Highway, LLC numbered 12-27041 are hereby closed; and

(b) Entry of this Final Decree shall not be deemed to prevent or preclude Reorganized Debtor from moving to reopen these jointly-administered proceedings for purposes of adjudicating any and all disputes or issues that may arise in the future.

(c) Court reserves jurisdiction to enforce fee claim [handwritten]

fo U S Trustee [handwritten]

ENTER:

Dated: Dec 17, 2013

_____
United States Bankruptcy Judge

DEC 17 2013

Prepared By:
David M. Giangrossi (ARDC No. 3124350)
Stephen J. Brown (ARDC No. 6257366)
Schuyler Roche & Crisham, P.C.
180 N. Stetson Avenue, Suite 3700
Chicago, Illinois, 60601
Tel: (312) 565-8339
Fax: (312) 565-8300
859372